AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

LAURDES CEBALLOS,
(A79-126-181)
  *Plaintiff,*

versus

U.S. Department of Homeland Security,
Its Secretary the Honorable Michael
Chertoff, U.S. Citizen and Immigration
Services, The Federal Bureau of
Investigations and the former
Attorney General Alberto Gonzales,

  *Defendants.*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 9927

TO: (Name and address of Defendant)

Michael Chertoff, Secretary
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter E. Torres, Esquire
112 East 23rd Street, Suite 500
New York, New York 10010
T. 917-312-3169
F. 212-473-7864
E. Peter2T@aol.com

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  NOV 0 9 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of ___ NEW YORK ___

LAURDES CEBALLOS,
(A79-126-181)
    *Plaintiff,*

versus

U.S. Department of Homeland Security,
Its Secretary the Honorable Michael
Chertoff, U.S. Citizen and Immigration
Services, The Federal Bureau of
Investigations and the former
Attorney General Alberto Gonzales,

    *Defendants.*

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CV 9927

TO: (Name and address of Defendant)

    Attorney General Alberto Gonzales
    Pennsylvania Avenue at 10th Street, NW
    Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Peter E. Torres, Esquire
    112 East 23rd Street, Suite 500
    New York, New York 10010
    T. 917-312-3169
    F. 212-473-7864
    E. Peter2T@aol.com

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NOV 0 9 2007

J. MICHAEL McMAHON
CLERK     *[signature]*     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

**LAURDES CEBALLOS,**
**(A79-126-181)**
*Plaintiff,*

versus

**U.S. Department of Homeland Security, Its Secretary the Honorable Michael Chertoff, U.S. Citizen and Immigration Services, The Federal Bureau of Investigations and the former Attorney General Alberto Gonzales,**

*Defendants.*

**SUMMONS IN A CIVIL ACTION**

**07 CIV 9927**

CASE NUMBER:

TO: (Name and address of Defendant)

U.S. Citizen & Immigration Services
26 Federal Plaza, 11th Floor
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter E. Torres, Esquire
112 East 23rd Street, Suite 500
New York, New York 10010
T. 917-312-3169
F. 212-473-7864
E. Peter2T@aol.com

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

NOV 09 2007

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN                                District of   NEW YORK

LAURDES CEBALLOS,
(A79-126-181)
          Plaintiff,

**SUMMONS IN A CIVIL ACTION**

versus

U.S. Department of Homeland Security,
Its Secretary the Honorable Michael
Chertoff, U.S. Citizen and Immigration
Services, The Federal Bureau of
Investigations and the former
Attorney General Alberto Gonzales,

          Defendants.

CASE NUMBER:

07 civ 009

TO: (Name and address of Defendant)

Federal Bureau of Investigation
J. Edgar Hoover Building
Pennsylvania Avenue, NW
Washington, DC 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter E. Torres, Esquire
112 East 23rd Street, Suite 500
New York, New York 10010
T. 917-312-3169
F. 212-473-7864
E. Peter2T@aol.com

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                      NOV 0 9 2007
CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/9/07 |
| NAME OF SERVER (PRINT) Peter E. Torres | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed by Certified Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/9/07
          Date

Signature of Server

Peter E. Torres
Address of Server
POB 1613 NY NY 10159

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.