**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

LAURDES CEBALLOS,

              Petitioner,

    -against-                                     STIPULATION AND ORDER

UNITED STATES DEPARTMENT OF HOMELAND              07 Civ. 9927 (JGK)
SECURITY; MICHAEL CHERTOFF, Secretary
of the Department of Homeland                     (A#: 79 126 181)
Security; UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; FEDERAL BUREAU OF
INVESTIGATION, ALBERTO GONZALES, Former
Attorney General,

              Respondents.

- - - - - - - - - - - - - - - - - - - -x

    IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
       2/6, 2008

By: _____
PETER E. TORRES
Attorney for Petitioner
112 East 23rd Street, Suite 500
New York, NY 10010
Telephone No.: (917)312-3169

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2008

Dated: New York, New York
       Feb 6_____, 2008

>                MICHAEL J. GARCIA
>                United States Attorney for the
>                Southern District of New York
>                Attorney for Respondents
>
>        By: _____
>                KIRTI VAIDYA REDDY
>                Assistant United States Attorney
>                86 Chambers Street, 3rd Floor
>                New York, NY 10007
>                Telephone No.: (212) 637-2751

SO ORDERED:

*The Clerk is directed to enter Judgment and to close this case.*

SO ORDERED.

_____
U.S.D.J.

2/8/06